**93-1055.** State v. Quisenberry. Hancock County, No. 5-92-17. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Hancock County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 27, 1993.

*Wednesday, June 2, 1993*

## MERIT DOCKET

**92-183.** State ex rel. Fowkes v. Marchewka. In Mandamus. *Sua sponte,* cause dismissed. MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur. PFEIFER, J., dissents.

**92-1588.** State ex rel. Malone v. Ohio Adult Parole Auth. In Mandamus and Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92-2552.** State ex rel. Boyle v. Mansfield Police Dept. *Richland County.* Appeal from the Court of Appeals for Richland County, No. 92CA50. *Sua sponte,* cause dismissed for want of prosecution.

A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent and would treat the memorandum in support of jurisdiction as a brief on the merits.

**93-210.** Schmidt v. Wilkerson. In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-418.** In re Kienzle. In Habeas Corpus. On return of writ and request for oral argument. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-439.** Johnson v. Tate. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.